Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 14−18296−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rhonda Sawyer−Merricks
   1648 Columbus Rd
   Rahway, NJ 07065

Social Security No.:
   xxx−xx−0998

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/21/18 at 10:30 AM

to consider and act upon the following:

*84* − Certification in Opposition to (related document:83 Creditor's Certification of Default (related document:75 Motion for Relief from Stay re: re: 1648 Columbus Road Rahway, NJ 07065. Fee Amount &#036 176. filed by Creditor MIDFIRST BANK, 76 Opposition filed by Debtor Rhonda Sawyer−Merricks, 77 Status Change Form filed by Creditor MIDFIRST BANK, Hearing Held, 78 Order on Motion For Relief From Stay) filed by Brian C. Nicholas on behalf of MIDFIRST BANK. Objection deadline is 01/4/2018. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Harvey I. Marcus on behalf of Rhonda Sawyer−Merricks. (Attachments: # 1 Exhibit mortgage payments july 2016 thru december 2017) (Marcus, Harvey)

Dated: 1/4/18

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court