Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−18296−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rhonda Sawyer−Merricks
   1648 Columbus Rd
   Rahway, NJ 07065

Social Security No.:
   xxx−xx−0998

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/21/18 at 10:30 AM

to consider and act upon the following:

*84* − Certification in Opposition to (related document:83 Creditor's Certification of Default (related document:75 Motion for Relief from Stay re: re: 1648 Columbus Road Rahway, NJ 07065. Fee Amount &#036 176. filed by Creditor MIDFIRST BANK, 76 Opposition filed by Debtor Rhonda Sawyer−Merricks, 77 Status Change Form filed by Creditor MIDFIRST BANK, Hearing Held, 78 Order on Motion For Relief From Stay) filed by Brian C. Nicholas on behalf of MIDFIRST BANK. Objection deadline is 01/4/2018. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Harvey I. Marcus on behalf of Rhonda Sawyer−Merricks. (Attachments: # 1 Exhibit mortgage payments july 2016 thru december 2017) (Marcus, Harvey)

Dated: 1/4/18

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Rhonda Sawyer-Merricks  
    Debtor

Case No. 14-18296-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 04, 2018  
                       Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.  
db          +Rhonda Sawyer-Merricks,    1648 Columbus Rd,    Rahway, NJ 07065-5130  
lm          +CitiFinancial,    PO Box 70918,    Charlotte, NC 28272-0918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2018 at the address(es) listed below:  
         Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Harvey I. Marcus    on behalf of Debtor Rhonda   Sawyer-Merricks him@lawmarcus.com  
         Joshua I. Goldman    on behalf of Creditor    Midland Mortgage jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         William M.E. Powers, III    on behalf of Creditor    CitiFinancial Servicing LLC ecf@powerskirn.com  
                                                                                                            TOTAL: 7