Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  14−18296−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rhonda Sawyer−Merricks
   1648 Columbus Rd
   Rahway, NJ 07065

Social Security No.:
   xxx−xx−0998

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 09:00 AM

to consider and act upon the following:

**91** − Certification in Opposition to (related document:89 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/11/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Harvey I. Marcus on behalf of Rhonda Sawyer−Merricks. (Marcus, Harvey)

Dated: 5/16/18

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court