UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

RHONDA SAWYER-MERRICKS

Case No.:  14-18296 RG

Hearing Date:  6/20/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 26, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  RHONDA SAWYER-MERRICKS

Case No.:  14-18296

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/20/2018 on notice to HARVEY I. MARCUS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $576.00 starting on 7/1/2018 for the remaining 10 month(s); and it is further

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 6/30/2018 or the case will be dismissed; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.